RICHES v. NFL NETWORK et al    Doc. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches ©,
Plaintiff

Civil No: 07-5352

v.

NFL NETWORK; NFL Total Access; NFL.COM; National Football League Commissioner Roger Goodell; NFL Players Union; NFL Films; NFL Mobile wireless service; NFL Network Committee; The NFL Today; Monday Night Football "MNF"; NFC; AFC; AFL,
Defendants

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves under 42 USC 1983. Plaintiff seeks #100 million dollars. I'm personally offended of all of Defendants and their actions. Football is a dangerous sport that has gotten too many children injured. I was influenced watching a 2007 NFL game between the New England Patriots and Indy Colts. After the game, inmates at FCI Williamsburg went to the rec yard to play football, all were inspired off NFL games. I played and got a bruise on my thigh and cut on my chin. The NFL is held liable to my injurys and mental damage. The NFL influences violence. I compell the Government to charge all players with Assault. I seek a restraining order to protect the public from watching NFL violence and for George Mitchell to look into Players Steroid use.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg    843-387-9400
P.O. Box 340
Salters, S.C. 29540

Respectfully
Submitted

Jonathan Lee Riches ©

Dockets.Justia.com